FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Oct 23, 2026

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| NOE SAMUEL BARRAGAN-LOPEZ,<br>Plaintiff,<br>vs.<br><br>RAY'S WHOLESALE MEATS, INC., and BRYAN SHUEL, individually,<br><br>Defendants. | No: 1:25-cv-03154-RLP<br><br>ORDER OF DISMISSAL WITH PREJUDICE |

Before the Court is a stipulated motion for dismissal submitted by the parties. ECF No. 23. Based on the stipulation, all of Plaintiff's claims asserted against Defendants in this action are hereby **DISMISSED** with prejudice and without an award of costs or attorneys' fees to any party. All deadlines and hearings in this matter are **VACATED**.

**IT IS SO ORDERED.** The District Court Executive is directed to enter this Order, issue Judgment of Dismissal, provide copies to counsel and close the file.

**DATED** October 23, 2026.

REBECCA L. PENNELL
United States District Judge