AO 450 (Rev. 11/11) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON
Oct 23, 2026
SEAN F. MCAVOY, CLERK

NOE SAMUEL BARRAGAN-LOPEZ
*Plaintiff*
v.
RAY'S WHOLESALE MEATS, INC., and BRYAN SHUEL, individually
*Defendant*

Civil Action No. 1:25-cv-03154-RLP

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

❒ the plaintiff *(name)* ____________ recover from the defendant *(name)* ____________ the amount of ____________ dollars ($ ______ ), which includes prejudgment interest at the rate of ______ %, plus post judgment interest at the rate of ______ % per annum, along with costs.

❒ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* ____________ recover costs from the plaintiff *(name)* ____________ .

☑ other: Based on the stipulation, all of Plaintiff's claims asserted against Defendants in this action are hereby DISMISSED with prejudice and without an award of costs or attorneys' fees to any party.

This action was *(check one)*:

❒ tried by a jury with Judge ____________ presiding, and the jury has rendered a verdict.

❒ tried by Judge ____________ without a jury and the above decision was reached.

☑ decided by Judge REBECCA L. PENNELL

Date: 10/23/2026

*CLERK OF COURT*

s/Sean F. McAvoy
*Signature of Clerk*